UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANIA MOSTAFA E. R. ABDELREHIM, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECUIRTY, et al.,<br><br>Defendants. | No. 5:26-cv-02900-SSS-DTBx<br><br>**ORDER RE: STIPULATION FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Hon. Sunshine Suzanne Sykes<br>United States District Judge |

Having read and considered the Stipulation for Extension of Time to Respond to Initial Complaint submitted by the parties, and finding good cause therefore,

IT IS HEREY ORDERED that Defendant may have until October 13, 2026, to respond to Plaintiffs' complaint.

Dated: August 4, 2026

_____

HONORABLE SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE

1